**Opinion issued October 31, 2023**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-23-00809-CV
_____

## IN RE DEMETRIOS ANAIPAKOS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

On October 30, 2023, Relator Demetrios Anaipakos filed a Petition for Writ of Mandamus asking this Court to reverse the Respondent's denial of Relator's Motion to Exclude and Motion for Protection against subpoenas issued by Real Party in Interest Kimberly Anne Anaipakos compelling two of the parties' children to attend and testify at the parties' divorce trial.[1]  Alternatively, Relator requests we

---

[1] The underlying case is *In the Matter of the Marriage of Kimberly Anne Anaipakos and Demetrios Anaipakos, [] Minor Children*, Cause No. 2021-74403, pending in

order Respondent, the Honorable Janice Berg, to consider his Motion "applying the correct standard taking into account the children's best interest and the necessity of their jury testimony." Relator filed an Original and an Amended Motion for Emergency Stay and Expedited Consideration of his petition.

We deny Relator's Petition for Writ of Mandamus. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

---

the 247th District Court of Harris County, Texas, the Honorable Janice Berg presiding.